1006

No. 1405, Misc. CLARK *v.* PENNSYLVANIA RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Ira Gammerman* for petitioner. *Thomas V. McMahon* for respondent.

No. 1398, Misc. DERRITT *v.* STATE BOARD OF REAL ESTATE EXAMINERS. Supreme Court of Ohio. Certiorari denied. *John G. Pegg* and *John H. Bustamante* for petitioner. *William B. Saxbe,* Attorney General of Ohio, and *James M. Dunphy,* Assistant Attorney General, for respondent.

No. 1410, Misc. ZELNICK *v.* PENNSYLVANIA. Superior Court of Pennsylvania. Certiorari denied.

No. 1416, Misc. JACKSON *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 954, Misc. SIMCOX *v.* HARRIS, WARDEN. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Robert E. Hannon* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for respondent.

No. 1412, Misc. FINKELSTEIN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1427, Misc. McDOWELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.